UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDI MARSHALL.,<br><br>Defendant. | Case No. 1:17-cr-00200-DAD-BAM-2<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING<br><br>(Doc. 33) |

The court has reviewed and considered the defendant's unopposed motion to continue sentencing in this case to allow time for psychiatric evaluation. There being no objection by probation or the government and good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for March 19, 2018, is continued until May 14, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **January 22, 2018**

UNITED STATES DISTRICT JUDGE

1