HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
BRANDI MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRANDI MARSHALL ,<br><br>　　　　　　　　Defendant. | Case No. 1:17-cr-00200-DAD-BAM-2<br><br>ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c)<br><br>Judge: Hon. Dale A. Drozd |

The Defendant's Application for Subpoena Duces Tecum **IS HEREBY GRANTED** authorizing issuance of subpoena *duces tecum* for production of items before the sentencing hearing on Monday, May 14, 2018, pursuant to Rule 17(c), to the **Custodian of Records, Tulare County Sheriff's Department, 833 South Akers St., Visalia, CA 93277**, for production of "any and all records" relating to:

1. Inmate Booking Records for Brandi Marshall aka Brandi Perszyk (DOB 07/25/1976) between January 1, 2007 and January 1, 2009.

IT IS SO ORDERED.

Dated: **May 9, 2018**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE