HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar # 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
BRANDI MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00200-DAD-BAM-2 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S APPLICATION FOR SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM. P. 17(c) |
| vs. | |
| BRANDI MARSHALL , | Judge: Hon. Dale A. Drozd |
| Defendant. | |

The Defendant's Application for Subpoena Duces Tecum **IS HEREBY GRANTED** authorizing issuance of subpoena *duces tecum* for production of items before the sentencing hearing on Monday, May 14, 2018, pursuant to Rule 17(c), to the **Custodian of Records, Tulare County Probation Department, 100 East Center Avenue, Visalia, CA 93291**, for production of "any and all records" relating to:

1. Probation Records for Brandi Marshall aka Brandi Perszyk (DOB 07/25/1976) between January 1, 2007 and January 1, 2009.
2. Electronic Monitoring Records for Brandi Marshall aka Brandi Perszyk (DOB 07/25/1976) between January 1, 2007 and January 1, 2009.

IT IS SO ORDERED.

Dated:   **May 9, 2018**

_____
UNITED STATES DISTRICT JUDGE