HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BRANDI MARSHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00200-DAD-BAM-2 |
| *Plaintiff,* | **ORDER GRANTING DEFENDNT'S MOTION FOR TEMPORARY RELEASE** |
| vs. | (Doc. 59) |
| BRANDI MARSHALL, | |
| *Defendant.* | |

Upon consideration of Defendant Brandi Marshall's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Ms. Marshall is temporarily released to the custody of Bobbette Marshall, who will transport Brandi Marshall to and from her daughter's graduation ceremony at Lemoore High School's Tiger Stadium, 101 East Bush, Lemoore, CA 93245.

Ms. Marshall shall be released at 6:30 p.m. on May 31, 2018. She shall return to the Fresno County Jail immediately following the graduation ceremony, and no later than 11:30 p.m. on that same day, May 31, 2018. While on release, Ms. Marshall is ordered to remain in the care, custody and control, and within eyesight, of Bobbette Marshall. She is further ordered to abide by all laws, and to not consume any alcohol or controlled substance, prescribed or not, during the period of her temporary release.

Bobbette Marshall is directed to contact Pretrial Services and the United States Marshal immediately at the phone numbers provided to her by defense counsel should any issue arise during the release period.

IT IS SO ORDERED.

Dated: **May 29, 2018**

_____
UNITED STATES DISTRICT JUDGE